FILED

MAY 27 2026

U.S. BANKRUPTCY COURT
BY ________ DEPUTY

# United States Bankruptcy Court

Western District Of Texas

Austin Division

In re Shan'a L. Wallace,
Debtor

Case No. 26-10649

Chapter 13

*Motion* Vacate Dismissal

I am asking for a motion to vacate this dismissal based ~~one~~ (SW) on my findings that the listed attorney is not licensed to practice law and has never been. This conformation was provided by The Texas State Bar admin assistant on May 22, 2026.

This 'attorney' and his paralegal Brenda Lopez have been no responsive, misleading, untruthful during the duration of our "contract or agreement". I have attempted to file a grievance with the State Bar but as stated he is not a licensed attorney. My home could be auctioned on June 2, 2026 based on fraud and deceit. I under this appears as my second attempt

but based on the information provided I ask for grace and time to find/seek out legal representation, with a licensed ~~State~~ (SW) ~~Bar~~ (SW) attorney.

I can also understand ~~under~~ the dismissal of my first attempt due to my furlough beginning Oct 7, 2025 until November 15th, 2025 causing my inability to pay but that attorney did not inform me that my case was dismissed due to 'Debtor failed to timely file a Plan and Schedules'.

I am currently filing complaints with both state and federal agencies in pursuit to press charges against Brian West.

Sharia S Wallace
369 LBJ LN
Kyle, TX 78640

737-288-9907

slw_78760@yahoo.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: Shan'a Wallace | § § § | CASE NO. 26-10649 |
| Debtor(s) | § § | Chapter 13 |

ORDER

Granting dismissal for case no. 26-10649 based on requested motion.

CERTIFICATE OF SERVICE

I do hereby certify that on May 27th 2026, a copy of the above and foregoing was served by first class mail to the parties listed below or attached hereto:

Sharia S Wallace
369 LBJ Ln
Kyle, TX 78640

737-288-9907
slw-78760@yahoo.com

Label Matrix for local noticing
0542-1
Case 26-10649-cgb
Western District of Texas
Austin
Wed May 27 11:03:47 CDT 2026

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Ecoshield
275 E. Rivulon Blvd 106
Gilbert, AZ 85297-0007

Freedom Mortgage
951 Yamato Road Suite 175
Boca Raton, FL 33431-4444

(p)MCCALLA RAYMER LEIBERT PIERCE LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

General Motors Financial
4 Park Ave # 100
Gaithersburg, MD 20877-2913

Hays CISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Nelnet
121 South 13th Street, Suite 100
Lincoln, NE 68508-1904

Safe Haven Security
520 E 19TH, NORTH KANSAS CITY, MO
520 E 19th Street
Kansas City, MO 64116-3614

Sprint PCS/T-Mobile
500 E Ben White Boulevarad 300
Austin, TX 78704-7470

The County of Hays, Texas
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

University Federal Credit Union
8303 N Mopac Expy
Austin, TX 78759-8374

University Federal Credit Union
PO Box 9350
Austin, TX 78766-9350

Verizon Wireless
9701 Desseau
Austin, TX 78754-3938

Brian West
West Legal Group, PLLC
9450 Pinecroft Dr #7385
Spring, TX 77387-6017

G. Ray Hendren
Ray Hendren, Trustee
PO BOX 27466
Austin, TX 787552466

Shan'a Wallace
369 LBJ Ln
Kyle, TX 78640-3237

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

Freedom Mortgage Corporation
c/o McCalla Raymer Leibert Pierce, LLP
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

End of Label Matrix
Mailable recipients 20
Bypassed recipients 0
Total 20