**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 26-10649-CGB** |
| | § | |
| **SHAN'A L. WALLACE** | § | **CHAPTER 13** |
| **Debtor** | § | |
| | § | |
| **vs** | § | **CONTESTED MATTER** |
| | § | |
| **BRIAN S. WEST, AND** | § | |
| **WEST LEGAL GROUP, PLLC** | § | |
| **Respondent (s)** | § | **JUDGE: CHRISTOPHER G. BRADLEY** |

**BRIAN S. WEST AND WEST LEGAL GROUP, PLLC**
**WITNESS AND EXHIBIT LIST**

| | |
|---|---|
| Main Case No: **26-10649-cgb** | Debtor: ***Shan'a L. Wallace*** |
| | Judge: ***Christopher G. Bradley*** |
| Witnesses: | Courtroom Deputy: |
| ***Brenda Lopez*** | Hearing Date: ***June 16, 2026*** |
| | Hearing Time: ***1:15 p.m.*** |
| | Attorney's Phone: ***713-588-9099 ext 1000*** |
| | Nature of Proceeding: ***Hearing on Debtor's Motion to Vacate Dismissal*** |

EXHIBITS

| Ex. # | Description | Offered | Obj | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| A. | Chapter 13 Retainer Agreement | | | | |
| B. | Email Correspondence: Chapter 13 Bankruptcy Missing Information (04.21.26) | | | | |
| C. | Email Correspondence (04.24.26) | | | | |
| D. | Email Correspondence: Case Status and attempt of communication (04.28.26) | | | | |
| E. | Email Correspondence: Email from Debtor with attachments (04.28.26 to 04.29.26) | | | | |
| F. | Email Correspondence: Email to Debtor attempt of communication (05.02.26 to 05.03.26) | | | | |
| G. | Email Correspondence: Email from Debtor regarding documents filed with Court (05.11.26) | | | | |
| H. | Email Correspondence- to Debtor Conclusion of the Case Dismissal and Termination of | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Representation (05.22.26) | | | | |
| I. | Ms. Wallace – Negative Online Reviews for West Legal Group, and other Firms she has attempted and/or retained | | | | |
| J. | US BK Court's Docket for Case No. 25-11566-SMR | | | | |
| K. | Affidavit from Brenda Lopez – Written Testimony | | | | |

Date: June 11, 2026

Respectfully submitted,

**WEST LEGAL GROUP, PLLC**

/s/ Brian S. West

**BRIAN S. WEST**
9450 Pinecroft Dr. Unit 7385
Spring, Texas 77387
Phone: 713-588-9099
Email: info@westlegalgroup.com

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 26-10649-CGB** |
| | § | |
| **SHAN'A L. WALLACE** | § | **CHAPTER 13** |
| **Debtor** | § | |
| | § | |
| **vs** | § | **CONTESTED MATTER** |
| | § | |
| **BRIAN S. WEST, AND** | § | |
| **WEST LEGAL GROUP, PLLC** | § | |
| **Respondent (s)** | § | **JUDGE: CHRISTOPHER G. BRADLEY** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Exhibit and Witness List for *Response in Opposition to Debtor's Motion to Vacate Dismissal*, was served upon the following entities by placing same in the United States Mail, first class, Court's electronic filing system, upon all parties to notice on this the 11th day of June 2026.

**Debtor**
Shan'a L. Wallace
369 LBJ Lane
Kyle, Texas 78640

**Trustee**
Deborah B. Langehennig
PO Box 91419
Austin, Texas 78709
mschoppe@ch13austin.com

**Trustee**
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, Texas 78701

**Unsecured Creditors**
Please see attached Creditor Matrix

Respectfully submitted,

**WEST LEGAL GROUP, PLLC**

/s/ Brian S. West
**BRIAN S. WEST**
9450 Pinecroft Dr. Unit 7385
Spring, Texas 77387
Phone: 713-588-9099
Email: info@westlegalgroup.com

# CREDITOR MATRIX

AmeriCredit Financial Services, Inc
Po Box 183853
Arlington, TX 76096-3853

Ecoshield
275 E. Rivulon Blvd 106
Gilbert, AZ 85297

Freedom Mortgage
951 Yamato Road Suite 175
Boca Raton, FL 33431

Nelnet
121 South 13th Street, Suite 100
Lincoln, NE 68508

Safe Haven Security
520 E 19TH, NORTH KANSAS CITY, MO
520 E 19th Street
Kansas City, MO

Sprint PCS/T-Mobile
500 E Ben White Boulevarad 300
Austin, TX 78701

Talavera Residential Community, Inc.
11950 Jollyville Rd.
Austin, TX 78759

University Federal Credit Union
8303 N Mopac Expy
Austin, TX 78759

Verizon Wireless
9701 Desseau
Austin, TX 78701