Shana Wallace
Local Guide · 23 reviews · 17 photos

2 weeks ago NEW

After the free consultation Brian's tone changed from open and helpful to seeming annoyed and over worked. Not only did he curse me out over the phone but he and his staff failed to file on-time with the court. Callbacks or follow-up calls take weeks. His paralegal went as far to blame me but once I informed her that I contacted the court clerk she then claimed she was not aware. This same paralegal Brenda also claimed she never received the documents from me that she requested by the deadline. So I resent the email. Now my case was dismissed because they failed to comply with the courts deadline. I called again and was informed by Shanna that it was due to my failing to pay the Trustee but the clerk informed me they failed to comply again with the court deadline. Blessed be I RECORD every conversation and I would advise everyone to do the same. He is not trustworthy and seems to believe being a black man validates other black people to select him over hundreds of other attorneys. Entitled and disingenuous.

West Legal Group, PLLC
Owner

1 week ago

Fraudulent Review & False Claims: We strongly dispute the accuracy of the statements made in this review. The dismissal of this individual's Chapter 13 case resulted from the client's failure to make the required bankruptcy plan payments on time, not from any lack of professionalism or effort on the part of our firm.

Throughout the representation, our office maintained professional communication and provided legal guidance consistent with bankruptcy law and court procedures.

We even provided additional legal services, including the preparation and filing of a motion at no additional cost, in an effort to help the client maintain bankruptcy protections and move the case forward successfully.

S

Shana Wallace

Local Guide Level 5

**1,132** / 1,500 points

W

Looking for your own reviews and photos? You can contribute on Google Maps too!

×

Reviews Photos

**West Legal Group, PLLC**
2001 Timberloch Pl #500, The Woodlands, TX 7...

a week ago

After the free consultation Brian's tone changed from open and helpful to seeming annoyed and over worked. Not only did he curse me out over the phone but he and his staff failed to file on-time with the court. Callbacks or follow-up calls take weeks. His paralegal went as far to blame me but once I informed her that I contacted the court clerk she then claimed she was not aware. This same paralegal Brenda also claimed she never received the documents from me that she requested by the deadline. So I resent the email. Now my case was dismissed because they failed to comply with the courts deadline. I called again and was informed by Shanna that it was due to my failing to pay the Trustee but the clerk informed me they failed to comply again with the court deadline. Blessed be I RECORD every conversation and I would advise everyone to do the same. He is not trustworthy and seems to believe being a black man validates other black people to select him over hundreds of other attorneys. Entitled and disingenuous.

Like Share

**Response from the owner** a week ago
Fraudulent Review & False Claims: We strongly dispute the accuracy of the statements made in this review. The dismissal of this individual's Chapter 13 case resulted from the client's failure to make the required bankruptcy plan payments on ... More

S

**Shana Wallace**

Local Guide Level 5

**1,132 points ›**

500 1,500

W

Looking for your own reviews and photos? You can contribute on Google Maps too!

×

Reviews Photos

**Spielberger Law Group**

106 E 6th St #900, Austin, TX 78701

Edited 3 years ago

The one star is because I have select something in order to write a review....
I called on 5/20/19 to inquire about a wrongful termination lawsuit giving all my information and having my supporting documents electronically available, I was told that an attorney would review my claim in a few days. So on 5/21/19 I received an email stating that an attorney declined to take my claim but with no reason listed for why not. I called and the girl, whom sounded scripted, would not explain why not or even allow me speak with someone whom could tell why the attorney declined my claim. Complete waste of time and after reading their reviews I understand why.
Response to owner: I did not ask how much you have been awarded in claims. Honestly sounds like a sales pitch but based on your reviews more like you are dishonest. And it has been three years, I have long since moved on with my life. I was wronged but God is always great and fair. No luck needed just a little faith! Now good day!

6 Share

**Response from the owner** 3 years ago

Ms. Wallace,
I am sorry you are upset we were unable to accept your case. We only have the ability so many cases. Our firm has resolved claims for thousands of clients and have recovered over one hundred million dollars on behalf of employment law clients. Best of luck with your claims

**Shana Wallace**
Local Guide Level 5

**1,132 points ›**

500 1,500

Looking for your own reviews and photos? You can contribute on Google Maps too!

Reviews Photos

**Law Office of Jennifer D. Ward, PLLC**
2499 S Capital of Texas Hwy Suite B203, Austin,...

3 years ago

The Paralegal was short and spoke over me several times during the conversation. Even after I asked if Jennifer Wade will accept a potentially new client I was informed yes. Well a few hours later she has an "overload" of cases 🙄. Thank you for wasting my time. I work as well only different is at night sobI could have just went to sleep. So a simple no would have saved time.

1 Share

**Response from the owner** 3 years ago
Thank you for the feedback. I know it can be a hardship when attorneys are unavailable to take your case at the time when you need the help, but on the flip side it is important to be sure your matter will get the full attention it deserves. We try to honor this by assessing how much time the firm has to give on the front end. I do hope the referrals were helpful.

**Jackson Spencer Law, pllc**
4004 Belt Line Rd Suite 210, Addison, TX 75001

Edited 3 years ago

Considering they advertise they assist with EEOC Complaints and Disability Act issues but responded my issue is something they can not assist with although my issue pertains to both. No feedback as to why they can not assist only ... More

Allmand Law



Bankruptcy attorney
San Antonio International Airport Vici...

PLACE DETAILS

Shana Wallace

a year ago

Caution:
Absolutely unprofessional from the beginning. Their intake specialist Brandon mislead me into believing my vehicle that was repossessed could be recovered. He stated numerous times that I must first make a payment to start the process only later to backtrack stating I could start the process without payment but they could not file until the full balance was paid. Understandably so. As per their notes I called regarding credit card debit which was not true. The "firm" seemed suspicious based on Brandon's overuse of certain terms and some things he stated were not accurate. He was argumentative at the least causing me to question the integrity and if I should move forward. My follow up call with me requesting to speak with a attorney or supervisor to address my concerns. I did speak with a "supervisor" who again justified the combative representative and claimed to have reviewed our call, that I recorded, stating he was not a Paralegal but was trained to answer general questions.

I called back today with new questions that have arrived since my last call only to met with yet another representative that was both disrespectful and vile. Lying and agreeing with the conduct of the first representative.
My fair assessment I honestly feel this "firm" is shady and not worth the time or money.

Like Share

Search Google Maps

S

## Shana Wallace

Local Guide Level 5

**1,132 points ›**

500 1,500

W

Looking for your own reviews and photos? You can contribute on Google Maps too!

Reviews Photos

light up our day. Hope you'll swing by again soon for more good times!

**Vanhemelrijck Law Offices PC**
2001 NW Military Hwy, San Antonio, TX 78213

2 weeks ago

2 minutes ago

False advises military discounts. Fails to follow-up or return calls. Their office is over saturated with clients knowing they can not provide adequate service is they are over booked with clients and short deadlines. Attorney Vanhemelrijck assures he will be working your case but passes you off on another attorney or paralegal. Staff is rude and unprofessional, more than likely from being over worked, and unknowable.
Preys on vulnerable people who just want to retain their home by withdrawing from your case prior to the trustee deadline then stating they can refile if you pay a retainer of twice the original amount. For me Stephanie asked for $5000. Because our state careless about it's constituents, this ponzi scheme will continue unless we do not give into these scams.
READ THE REVIEWS and confirm their case successes, which is public information. I have taken time to report him to the IRS and the state bar.

1 Share

**Hopdoddy Burger Bar**
1400 S Congress Ave Suite A190, Austin, TX 787...

yelp for business

**West Legal Group**

2001 Timberloch Pl
Ste 500
Spring, TX 77380

+ Add a Location

Yelp Ads
Get more leads

Home

Page Upgrades

Yelp Connect

Logo

Business Highlights

Portfolio

License Verification

Call to Action

Business Information

There was a problem with your photo. Try uploading your photo again.

Reviews > Shana's review

**Shana W.**

0 2 0

5/22/26

Let me begin by saying that I cannot find Brian's bar number either nationally or on the state bar website. I also noticed that not one document he has provided has his bar number listed.
After my consultation Brian's attitude and tone changed drastically. He seemed annoyed and over worked. He lacked professionalism in his language and was extremely disrespectful during several of our calls. He cursed at me because I could not print a document that required a live signature only confirming I made a bad decision by retaining him. His paralegal Brenda lied stating she never received documents that I emailed to her, then she lied claiming my case was dismissed due to missing paperwork. I confirmed with the court they never received any paperwork for my case. She lied again claiming she informed of information that she did not. She failed to follow up with me even after confirming my case was still active with the court. Both Brian and Brenda have blamed me for the failure of my case. Now as of May 21st I was received notice that my case was dismissed on the 19th due to my attorney not complying with the deadline, but I was told by Brian's office that it was due to me not paying the trustee. Court clerk confirmed this was not the issue. He has been deceptive from the beginning, claiming he has been doing this for over 15 years, but he graduated in 2020 and his Linkin profile states his practice within the last four years. I informed him during our conversation that I record EVERYTHING, and I meant what I said.

**Don't ask for reviews**

Our software is designed to place reviews that have been asked for in the "not recommended" section of a business page.

Learn more about this policy →

Why some reviews are unrecommended →

**Turn every review into a new customer opportunity**

Customers are more likely to consider businesses that reply to all reviews.

89%