**CLOSED, DEBTED**

**U.S. Bankruptcy Court**
**Western District of Texas (Austin)**
**Bankruptcy Petition #: 25-11566-smr**

*Date filed:* 10/07/2025
*Date terminated:* 12/01/2025
*Debtor dismissed:* 11/04/2025
*341 meeting:* 11/07/2025

*Assigned to:* Bankruptcy Judge Shad M Robinson
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Failure to File Information

***Debtor***
**Shana L Wallace**
369 LBJ Ln
Kyle, TX 78640
HAYS-TX
SSN / ITIN: xxx-xx-1072

represented by **Joris Robert Vanhemelrijck**
Vanhemelrijck Law Offices, PC
2001 NW Military Hwy
Castle Hills, TX 78213
(210) 804-1529
Fax : (210) 598-6359
Email: jrv@vanlaws.com

***Trustee***
**Deborah B. Langehennig**
Deborah Langehennig Trustee
PO Box 91419
Austin, TX 78709
512-912-0305

| Filing Date | # | Docket Text |
|---|---|---|
| 10/07/2025 | 1 (11 pgs) | Voluntary Petition under Chapter 13 (Individual) Without Schedules, Without Statements, ( Filing Fee: $ 313 ) Filed By Shana L Wallace. -Declaration for Electronic Filing due by 10/14/2025 (Vanhemelrijck, Joris) |
| 10/07/2025 | 2 (1 pg) | Certificate of Budget and Credit Counseling-First Debtor filed by Joris Robert Vanhemelrijck for Debtor Shana L Wallace. (Vanhemelrijck, Joris) |

| | | |
|---|---|---|
| 10/07/2025 | 3<br>(6 pgs) | Declaration of Evidence of Employers' Payments filed by Joris Robert Vanhemelrijck for Debtor Shana L Wallace. (Vanhemelrijck, Joris) |
| 10/07/2025 | 4 | Declaration for Electronic Filing (Restricted Document) filed by Joris Robert Vanhemelrijck for Debtor Shana L Wallace. (Vanhemelrijck, Joris) (Related Document(s): 1 Voluntary Petition under Chapter 13 (Individual) Without Schedules, Without Statements, ( Filing Fee: $ 313 ) Filed By Shana L Wallace. -Declaration for Electronic Filing due by 10/14/2025) |
| 10/07/2025 | | ICC-Fee Terminated for Voluntary Petition Chapter 13( 25-11566) [misc,volp13] ( 313.00), Amount $ 313.00, Receipt A25750306 (re:Doc# 1) (U.S. Treasury) |
| 10/08/2025 | 5<br>(1 pg) | Notice of Appearance and Request for Service of Notice filed by Julie A. Parsons for Creditor Hays County. (Parsons, Julie) |
| 10/16/2025 | 6<br>(2 pgs) | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Trustee. 341(a) meeting Set For 11/7/2025 at 02:00 PM via Zoom - Langehennig: Meeting ID 330 593 6797, Passcode 3386098985, OR call 737-279-4791 Objections to Dischargeability of debt due 1/6/2026- **Confirmation Hearing Set For 12/9/2025 at 01:30 PM at Austin Courtroom 1** - Proofs of Claim Due 12/16/2025. (Langehennig, Deborah) |
| 10/19/2025 | 7<br>(5 pgs) | BNC Certificate of Mailing (Related Document(s): 6 Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Trustee. 341(a) meeting Set For 11/7/2025 at 02:00 PM via Zoom - Langehennig: Meeting ID 330 593 6797, Passcode 3386098985, OR call 737-279-4791 Objections to Dischargeability of debt due 1/6/2026- **Confirmation Hearing Set For 12/9/2025 at 01:30 PM at Austin Courtroom 1** - Proofs of Claim Due 12/16/2025.) Notice Date 10/19/2025. (Admin.) |
| 10/21/2025 | 8<br>(6 pgs; 2 docs) | Motion to Extend Time to File Chapter 13 Schedules, Statements, and Plan filed by Joris Robert Vanhemelrijck for Debtor Shana L Wallace (Attachments: # 1 Proposed Order)(Vanhemelrijck, Joris) |
| 10/24/2025 | 9<br>(2 pgs) | Order Allowing Extension of Time Until October 31, 2025 (related document(s): 8 Motion to Extend Time to File Chapter 13 Schedules, Statements, and Plan filed by Joris Robert Vanhemelrijck for Debtor Shana L Wallace (Attachments: # 1 Proposed Order)) (Order entered on 10/24/2025) (Boyd, Laurie) |
| 10/26/2025 | 10<br>(3 pgs) | BNC Certificate of Mailing (Related Document(s): 9 Order Allowing Extension of Time Until October 31, 2025 (related document(s): 8 Motion to Extend Time to File Chapter 13 Schedules, Statements, and Plan filed by Joris Robert Vanhemelrijck for Debtor Shana L Wallace (Attachments: # 1 Proposed Order)) (Order entered on 10/24/2025)) Notice Date 10/26/2025. (Admin.) |
| 11/04/2025 | 11<br>(2 pgs; 2 docs) | Order for Summary Dismissal of Case for Failure to File Documents. (Turner, Blayne) |

| | | |
|---|---|---|
| 11/06/2025 | 12 (4 pgs) | BNC Certificate of Mailing (Related Document(s): 11 Order for Summary Dismissal of Case for Failure to File Documents.) Notice Date 11/06/2025. (Admin.) |
| 11/06/2025 | 13 (2 pgs) | BNC Certificate of Mailing (Related Document(s): 11 Order for Summary Dismissal of Case for Failure to File Documents.) Notice Date 11/06/2025. (Admin.) |
| 11/26/2025 | 14 (3 pgs) | Trustee's Final Report and Account Chapter 13 Case. (Langehennig2, Deborah) |
| 12/01/2025 | | Bankruptcy Case Closed (Boyd, Laurie) |
| 12/03/2025 | 15 (6 pgs) | BNC Certificate of Mailing (Related Document(s): 14 Trustee's Final Report and Account Chapter 13 Case.) Notice Date 12/03/2025. (Admin.) |
| 12/09/2025 | | CONFIRMATION HEARING NOT HELD - MOOT; CASE DISMISSED. (Boyd, Laurie) (Entered: 12/10/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/10/2026 00:19:17 | | | |
| **PACER Login:** | bwest2024 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 25-11566-smr Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |